# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| CHAUNCEY SIMS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : No. 3:18-cv-00084-CAR-CHW <br> STATE OF GEORGIA, *et al.*, : <br> : <br> Defendants. : <br> : | |

## ORDER OF DISMISSAL

Chauncey Sims, an inmate in Rikers Island in Elmhurst, New York, filed a 42 U.S.C. § 1983 complaint in the Eastern District of New York. Compl., ECF No. 1. The Eastern District of New York subsequently transferred the case to this Court. Transfer Order, ECF No. 4. Thereafter, mail sent to Plaintiff from this Court was returned as undeliverable. Mail Returned, ECF No. 8. On review of the docket, it appeared that the wrong address may have been inadvertently entered for Plaintiff. As a result, the Clerk was directed to forward certain documents to Plaintiff at an address in Rikers Island and an address in Brooklyn, New York, both of which were included with Plaintiff's complaint. Order, Aug. 1, 2018, ECF No. 9.

Additionally, Plaintiff was ordered to provide this Court with his current address and to either file a new motion for leave to proceed *in forma pauperis* or pay the Court's $400.00 filing fee to proceed with this case. *Id.* Plaintiff was given twenty-one days to comply and was warned that his failure to do so could result in the dismissal of this action. *Id.* Thereafter, Plaintiff failed to comply with the order within the time allotted. As a result, Plaintiff was ordered to show cause why this case should not be dismissed for failure

to comply with the previous order.[1]

Thereafter, Plaintiff failed to respond to the Order to Show Cause. Thus, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute his case, this action is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 2nd day of November, 2018.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] All of the documents sent to Plaintiff at Riker's Island have been returned to this Court with a notation that Plaintiff has been discharged. Mail Returned, Aug. 27, 2018, ECF No. 10; Mail Returned, Oct. 1, 2018, ECF No. 12. The mail sent to Plaintiff at the Brooklyn address, however, has not been returned to this Court. Thus, the Clerk is **DIRECTED** to send this order to Plaintiff only at the Brooklyn address on file for Plaintiff.